UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                         CASE NO.: 5:15-bk-01458-JJT
                                                                                     CHAPTER 13

Peter George Adamopoulos aka George
Adamopoulos aka George Adams aka
Peter Adams aka Peter Adamopoulos,

   Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of REVERSE MORTGAGE SOLUTIONS, INC. ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                             Robertson, Anschutz & Schneid, P.L.
                                             Authorized Agent for Secured Creditor
                                             6409 Congress Ave., Suite 100
                                             Boca Raton, FL 33487
                                             Telephone: 561-241-6901
                                             Facsimile: 561-997-6909
                                             By: /s/Jaclyn Danielle Gonzalez
                                             Jaclyn Danielle Gonzalez , Esquire
                                             Email: jagonzalez@rasflaw.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 30, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

PETER GEORGE ADAMOPOULOS AKA GEORGE ADAMOPOULOS AKA GEORGE ADAMS AKA PETER ADAMS AKA PETER ADAMOPOULOS
PO BOX 465
MT. POCONO, PA  18344

TIMOTHY B. FISHER, II
FISHER AND FISHER LAW OFFICES
PO BOX 396
525 MAIN STREET
GOULDSBORO, PA  18424

CHARLES J. DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA  17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA  17101

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Jaclyn Danielle Gonzalez
Jaclyn Danielle Gonzalez , Esquire
Email: jagonzalez@rasflaw.com

16-189494 - JaG
Adams, Peter George
Request for Service
Page 2

Case 5:15-bk-01458-JJT    Doc 40    Filed 08/31/16    Entered 08/31/16 15:40:18    Desc
Main Document    Page 2 of 2