IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 5:15-bk-01458-JJT |
| PETER GEORGE ADAMOPOULOS, | Chapter 13 |
| Debtor | |

<u>NOTICE OF WITHDRAWAL OF APPEARANCE OF BERNSTEIN-BURKLEY, P.C. ON BEHALF OF REVERSE MORTGAGE SOLUTIONS, INC.</u>

To the Clerk of Courts:

Kindly withdraw the appearance of Peter J. Ashcroft, Esq. and Bernstein-Burkley, P.C. as local counsel for Reverse Mortgage Solutions, Inc. in the present matter. Bernstein-Burkley, P.C. was retained to file a Motion for Relief from Stay, which was resolved by stipulation. Lead counsel, Robertson, Anschutz and Schneid, shall remain counsel of record as per the Creditor Request for Notices filed at Doc. No. 40.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Peter J Ashcroft
Peter J Ashcroft, Esq.
PA I.D. # 87317
pashcroft@bernsteinlaw.com
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8107
Fax - (412) 456-8135

Counsel for Reverse Mortgage Solutions, Inc.

Dated: October 28, 2016