UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  CASE NO.: 5:15-bk-01458-JJT
CHAPTER 13

Peter George Adamopoulos,

   Debtor.
_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of REVERSE MORTGAGE SOLUTIONS, INC. ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Ashley Albino
Ashley Albino, Esquire
Email: aalbino@rasflaw.com

16-189494 - MaF
Adams, Peter George
Request for Service

Page 1

Case 5:15-bk-01458-JJT   Doc 49   Filed 06/23/17   Entered 06/23/17 08:03:32   Desc
Main Document      Page 1 of 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 21, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Timothy B. Fisher, II
Fisher and Fisher Law Offices
PO Box 396
525 Main Street
Gouldsboro, PA 18424

Peter George Adamopoulos
aka George Adamopoulos
aka George Adams
aka Peter Adams
aka Peter Adamopoulos
PO Box 465
Mt. Pocono, PA 18344

Charles J. DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: /s/Ashley Albino
    Ashley Albino, Esquire
    Email: aalbino@rasflaw.com

16-189494 - MaF
Adams, Peter George
Request for Service
Page 2

Case 5:15-bk-01458-JJT    Doc 49    Filed 06/23/17    Entered 06/23/17 08:03:32    Desc
Main Document    Page 2 of 2