# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania

In re: Peter George Adamopoulos aka George Adamopoulos     Case No. 5:15-bk-01458-JJT
aka George Adams aka Peter Adams aka Peter Adamopoulos

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

<u>REVERSE MORTGAGE SOLUTIONS, INC.</u>
Name of Secured Creditor

Name and Address where NOTICES to Secured Creditor     Court Claim # (if known): 2
should be sent:

Reverse Mortgage Solutions, Inc.
14405 Walters Road, Suite 200
Houston, TX 77014

Phone: 866-503-5559

Name and Address where PAYMENTS to Secured Creditor
should be sent (if different from above):

Reverse Mortgage Solutions, Inc.
14405 Walters Road, Suite 200
Houston, TX 77014

Phone: 866-503-5559

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Meridyth Wasserman     Date: July 7, 2017

Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



16-189494 - DiF

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 7, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

FISHER AND FISHER LAW OFFICES
PO BOX 396
525 MAIN STREET
GOULDSBORO, PA  18424

PETER GEORGE ADAMOPOULOS
AKA GEORGE ADAMOPOULOS
AKA GEORGE ADAMS
AKA PETER ADAMS
AKA PETER ADAMOPOULOS
PO BOX 465
MT. POCONO, PA  18344

CHARLES J. DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA  17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA  17101

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/Meridyth Wasserman
Meridyth Wasserman, Esq.
Email: Mwasserman@rasflaw.com

16-189494 - DiF