```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                         Case No. 15-01458-JJT
Peter George Adamopoulos                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AGarner          Page 1 of 1          Date Rcvd: Nov 28, 2017
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
db             +Peter George Adamopoulos,   PO Box 465,   Mt. Pocono, PA 18344-0465

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
              Ashley  Albino    on behalf of Creditor    Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com,
               aalbino@rasflaw.com;ras@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kimberly D Martin    on behalf of Creditor Dorothy J. Zimmerman kmartin@martin-law.net,
               jashley@martin-law.net;r59891@notify.bestcase.com
              Lara E Shipkovitz    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               lshipkovitz@bernsteinlaw.com,
               cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail
               .com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Thomas I Puleo    on behalf of Creditor    Reverse Mortgage Solutions, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Peter George Adamopoulos
               donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>PETER GEORGE ADAMOPOULOS,<br><br>　　Debtor,<br><br>REVERSE MORTGAGE SOLUTIONS, INC.,<br><br>　　Movant,<br><br>v.<br><br>PETER GEORGE ADAMOPOULOS and CHARLES J. DEHART, III, Ch. 13 Trustee<br><br>　　Respondents. | Chapter 13<br><br>Case No.: 5:15-bk-01458-JJT<br><br>Related to Doc. No: 42 |

ORDER OF COURT

Upon consideration of the Certification in Support of Movant's Affidavit of Default ( docket 52) , it is hereby ORDERED:

1) The automatic stay of Bankruptcy Code § 362(a) instituted upon the filing of the petition for an Order for Relief by the Debtor is terminated in that it shall not apply to any action by creditor, Reverse Mortgage Solutions, Inc., to obtain possession and dispose of its property in accordance with applicable law; namely, real property commonly known as 31 Brookeville Terrace, Mount Pocono, PA 18344;

2) Reverse Mortgage Solutions, Inc. shall be permitted to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law.

Dated: November 28, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)