```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                    Case No. 15-01458-JJT
Peter George Adamopoulos                                                  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AGarner     Page 1 of 2     Date Rcvd: Dec 06, 2017
                       Form ID: ordsmiss     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.
```
db             +Peter George Adamopoulos,    PO Box 465,    Mt. Pocono, PA 18344-0465
4629931        +Commercial Acceptance,    2300 Gettysburg Road #102,    Camp Hill, PA 17011-7303
4629933        +Dorothy J Zimmerman,    119 Lynx Lane,    Effort, PA 18330-7973
4629934         EOS CCA,    PO BOX 981008,    Boston, MA 02298-1008
4675478        +Mt. Pocono Municipal Auth,    1361 Pocono Blvd., Ste 101,    Mt. Pocono, PA 18344-1045
4719089        +Mt. Pocono Municipal Authority,    1361 Pocono Blvd., Ste. 101,    Mt. Pocono, PA 18344-1045
4629939        +PPL Electric Utilities,    2 North 9th Street,    Allentown, PA 18101-1179
4629936        +Penn Credit Corp,    916 S 14th St,    Harrisburg, PA 17104-3425
4629938        +Pocono Medical Center,    206 East Brown Street,    East Stroudsburg, PA 18301-3094
4828581        +Reverse Mortgage Solutions, Inc.,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
4629940        +Reverse Mortgage Solutions, Inc.,    14405 Walters Road, Suite 200,    Houston, TX 77014-1345
4937578        +Robertson, Anschutz & Schneid, P.L.,    Authorized Agent for Secured Creditor,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4629930        +EDI: CINGMIDLAND.COM Dec 06 2017 18:53:00      AT&T Mobility,    P.O. Box 537104,
                 Atlanta, GA 30353-7104
4629932         EDI: CCS.COM Dec 06 2017 18:53:00      Credit Collection Services,    PO Box 9134,
                 Needham, MA 02494-9134
4675477        +E-mail/Text: MKnitter@monroecountypa.gov Dec 06 2017 18:49:57        Monroe County Tax Claim Bureau,    1 Quaker Plaza, Room 104,    Stroudsburg, PA 18360-2141
4629935        +E-mail/Text: Bankruptcies@nragroup.com Dec 06 2017 18:50:09      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
4629937         EDI: RESURGENT.COM Dec 06 2017 18:53:00      Pinnacle Credit Services,    P.O. Box 640,
                 Hopkins, MN 55343-0640
4629941        +EDI: VERIZONEAST.COM Dec 06 2017 18:53:00      Verizon,    500 Technology Drive ste 300,
                 Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4683111*       +Reverse Mortgage Solutions, Inc.,    14405 Walters Road, Suite 200,    Houston, TX 77014-1345
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:
```
              Ashley   Albino     on behalf of Creditor    Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com,
               aalbino@rasflaw.com;ras@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kimberly D Martin    on behalf of Creditor Dorothy J. Zimmerman kmartin@martin-law.net,
               jashley@martin-law.net;r59891@notify.bestcase.com
              Lara E Shipkovitz    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               lshipkovitz@bernsteinlaw.com,
               cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail
               .com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Thomas I Puleo    on behalf of Creditor    Reverse Mortgage Solutions, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Peter George Adamopoulos
               donna.kau@pocono-lawyers.com
```

```
District/off: 0314-5           User: AGarner              Page 2 of 2                 Date Rcvd: Dec 06, 2017
                               Form ID: ordsmiss          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Peter George Adamopoulos | Chapter 13 |
| aka George Adamopoulos, aka George Adams, aka Peter Adamopoulos, aka Peter Adams | Case No. 5:15−bk−01458−JJT |
| **Debtor(s)** | |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: December 6, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: AGarner, Deputy Clerk